GIOVANNINA MASSIMINO, as Administratrix, etc., of PHILIP MASSIMINO, Deceased, Respondent, v. BURNS BROS. and Another, Defendants. DAVID FALCONER CONTRACTING COMPANY, Appellant.— Order granting plaintiff's motion for a preference reversed upon the law, without costs. Plaintiff's application was premature. The premature application served with the notice of trial should have been adjourned to the March term and referred to the justice presiding thereat, to be passed upon by him. The motion herein is remitted to the justice presiding at the March term, to be acted upon by that justice as if the motion had originally been made returnable on March 5, 1928. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

NORMAN I. MILLIKEN, Respondent, v. DAVID C. BROOKS and MORRIS L. JACOBS, Copartners, etc., Appellants.— Order denying motion to strike out certain allegations of complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

NEDLIN REALTY CO., INC., Respondent, v. SAMUEL BACHNER and Others, Defendants. JOHN BLUE and Others, Appellants.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The bonds and mortgages in question are personal property and do not take their situs from the real property upon which the mortgages are a lien. They are located in Chicago. Service of the summons and complaint without the State upon appellants, pursuant to an order to that effect, was without jurisdiction. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

THOMAS E. O'BRIEN, Appellant, v. BERTHA ANNA RENISON, Respondent, and Others, Defendants.— Order denying plaintiff's motion to strike out certain portions of defendant Renison's answer, and for judgment on the pleadings as against said defendant, modified by striking from the first separate defense the words, " Repeating all the denials of her first defense hereinbefore set forth," and by striking from the second separate defense the words, " Repeating herein all the denials of her first defense hereinbefore set forth, and." As so modified, the order is affirmed, without costs. Facts once denied shall be deemed denied for all purposes of pleading. (Rules Civ. Prac. rule 90.) Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

HERMAN ORANSKY, Respondent, v. RUDOLPH BELL, Doing Business as RUDOLPH BELL & COMPANY, Appellant.— Order entered January 12, 1928, in so far as it denies defendant's motion to vacate attachment, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ISAAC PARSHELSKY, Respondent, v. JOSEPH KAISER, Appellant.— Order granting plaintiff's motion for judgment on the pleadings, and judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CHARLES PHILLIPS, Respondent, v. MEYER S. ALBERT and SAM ALBERT, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

HARRY R. PIKE, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.